[Civ. No. 2473. Second Appellate District.—February 5, 1918.]

IRL SOLOMON, Appellant, v. JUSTICES' COURT OF LOS ANGELES TOWNSHIP et al., Respondents.

APPEAL—RECORD—AFFIRMANCE OF JUDGMENT.—A judgment will be affirmed on appeal where there is on file only a typewritten transcript setting forth the judgment-roll in the action, and no points and authorities in support of the appeal are on file.

APPEAL from a judgment of the Superior Court of Los Angeles County. Grant Jackson, Judge.

The facts are stated in the opinion of the court.

Irl Solomon, *in pro. per.*, for Appellant.

Carter & Torchia, for Respondents.

THE COURT.—This is an appeal from a judgment entered after the sustaining of a demurrer to a complaint without leave to amend. There is on file a typewritten clerk's transcript setting forth the judgment-roll in the action, but no points and authorities in support of the appeal have ever been filed. As it is incumbent upon an appellant in any case to make an affirmative showing that the trial court has committed error in the case, before he can be relieved from the effects of the judgment appealed from, the judgment is affirmed. As it appears to us that the appeal is frivolous, the respondents, in addition to any costs recoverable by them because of the affirmance of the judgment, shall have and recover from the appellant the sum of fifty dollars as damages.